E-FILED
Friday, 12 May, 2006  10:09:11 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
MAY 1 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  98-10064 |
| ED DIAS, ET AL. | ) |
| Defendants. | ) |

## ORDER

On the motion of the government, it is hereby ordered that the seized property is to be destroyed or disposed of by Illinois State Police in any manner it deems appropriate.

Entered this 11th day of May, 2006.

s/ Joe B. McDade

JOE B. McDADE
UNITED STATES DISTRICT JUDGE