UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.    98-10064 |
| ) | |
| **ED DIAS, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO DISPOSE OF SEIZED PROPERTY

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and requests an order allowing Illinois State Police to destroy or dispose of the following seized property in any manner it deems appropriate.

1. Exhibit U-10    1984 Harley Davidson Motorcycle with obliterated VIN covered by a "retag."

2. Exhibit  157    Beretta 92F 9mm Handgun, Serial No. D66896Z

3. Exhibit 157A   2 loaded magazines from Exhibit 157.

This cause has been concluded as to all defendants and further retention of the seized property is not necessary.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

 s/:  K. Tate Chambers
K. Tate Chambers
Assistant United States Attorney
One Technology Plaza - Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph Bembenek
Attorney at Law
416 Main St., Suite 529
Peoria, IL 61602

James Clements
Attorney at Law
1503 Brady Street
Davenport, L 52803

David Couri
Attorney at Law
414 Hamilton, Suite 100
Peoria, IL 61602

Maribeth Dura
Attorney at Law
4516 N. Sterline
Peoria, IL 61615

William Holman
Attorney at Law
124 NE Madison Ave.
Peoria, IL 61602

Kim Kelley
Attorney at Law
1800 First Financial Plaza
Peoria, IL 61602

Harold M. Jennings
Attorney at Law
PO Box 3335
Bloomington, IL 61702

William Kelly
Attorney at Law
4801 N. Prospect Road
Peoria, IL 61616

John Noll
Attorney at Law
802 S. Second St.
Springfield, IL 62704

John Leuck
Attorney at Law
408 Court
Pekin IL 61554

John Lonergan
Attorney at Law
124 NE Madison
Peoria, IL 61602

Gary Morris
Attorney at Law
411 Hamilton Blvd., Suite 1512
Peoria, IL 61602

Rodney Nordstrom
Attorney at Law
201 W. McClure Ave.
Peoria, IL 61604

Daniel O'Day
Attorney at Law
415 Hamilton Blvd.
Peoria, IL 61602

Jerry Serritella
Attorney at Law
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602

Lee Smith
Attorney at Law
456 Fulton St., Suite 298
Peoria, IL 61602

Michael Spivack
Attorney at Law
915 S. Second St.
Springfield, IL 62704

Kevin Sullivan
Attorney at Law
110 SW Jefferson, Suite 530
Peoria, IL 61602

Michael Wassell
Attorney at Law
400 16th St.
Rock Island, IL 61201

        s/: Kim Ritthaler
KIM RITTHALER
Legal Secretary

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.   98-10064 |
| | ) |
| **ED DIAS, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |

### **ORDER**

On the motion of the government, it is hereby ordered that the seized property is to be destroyed or disposed of by Illinois State Police in any manner it deems appropriate.

Entered this _____ day of _____, 2006.


_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE