**E-FILED**
Wednesday, 25 October, 2006 01:11:30 PM
Clerk, U.S. District Court, ILCD