**E-FILED**

Wednesday, 31 January, 2007  02:43:52 PM
Clerk, U.S. District Court, ILCD

Honorable Chief Judge Joe Billy McDade
U.S. District Court
100 N.E. Monroe Street
Peoria, IL 61602

JAN 3 1 2007          1-26-2007


JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ref: Case Number: 98-10064- 002, 003, 006, 008.

Background: On 2- 04- 05, I received copies of the Judgments from the referenced cases. On 08-19-04 I received check #161403 for the amount of $224.39 towards the $11,225 restitution owed me per judgment 98-10064-003, and on 09-14-04 I received check #161963 for the amount of $44.01 towards the $11,225 restitution owed me per judgment 98-10064-008.

After much frustration, and numerous telephone contacts in trying to determine the role I might play in receiving more of my restitution, I discovered from the Financial Litigation Unit (FLU), that the larger restitution judgments in the case, are being paid with equal portions of the defendant's payments, as the smaller judgment awards. That is, when a payment is received from the defendants, it is divided equally among the victims . This translates to (Case No. 98-0064-008) payee American Mutual Insurance Co. being completely satisfied at $1100, during which time I have also received $1100, which is less than 10% of the $11,225 restitution owed to me.

At the historic rate of restitution being paid by the defendants, and the extraordinary differences in amount owed the payees, the most injured victims will still be owed most of their restitution long after the least owed will have been made whole.

It is my understanding that you can change the order so the restitution can be distributed more in proportion to the amount of restitution owed the victims. What can I do to convince you that the present method of distributing the ordered restitution in this case favors payees with the least injury by factors of 10 and more? And who may I help with the logistics of the judgment distribution, so I can get my fair share of the disbursements? I received a B.S. in Mechanical Engineering from Bradley Univ. in 1960, so I am trying to demonstrate some credibility in analysis of the mathematics of the present payment schedule. I can certainly understand the burden the courts carry in trying to make victims whole in an equitable manner and respect your complex duties. How may I help?

Respectfully yours,
Robert A. Kuehl
5820 Forest Grove Drive
Davenport, IA 52807
Tele:563-355-7897
e-mail: www.RAKTSI@AOL.com